```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 08842
    MONIKA D GARNER
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-0906

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/15/2007 and was confirmed 10/24/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/19/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------
EVERHOME MORTGAGE          CURRENT MORTG        .00          .00            .00
GMAC                       SECURED VEHIC        .00          .00            .00
WELLS FARGO HOME MORTGAG   CURRENT MORTG        .00          .00            .00
WELLS FARGO HOME MORTGAG   MORTGAGE ARRE    2543.40          .00         358.27
WELLS FARGO HOME MORTGAG   NOTICE ONLY    NOT FILED          .00            .00
GREAT AMERICAN FINANCE     UNSECURED      NOT FILED          .00            .00
CALVARY INVESTMENTS        UNSECURED      NOT FILED          .00            .00
PARAGON WAY                UNSECURED      NOT FILED          .00            .00
FINANCIAL ASSET MANAGEME   UNSECURED      NOT FILED          .00            .00
JONATHON O'HARA            UNSECURED      NOT FILED          .00            .00
ADRIENNE GAMER             NOTICE ONLY    NOT FILED          .00            .00
EVERHOME MORTGAGE          MORTGAGE ARRE   35512.56          .00        5484.17
DANIEL M MOULTON           DEBTOR ATTY     2,300.00                     2,300.00
TOM VAUGHN                 TRUSTEE                                        632.56
DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   8,775.00

PRIORITY                                            .00
SECURED                                        5,842.44
UNSECURED                                           .00
ADMINISTRATIVE                                 2,300.00
TRUSTEE COMPENSATION                             632.56
DEBTOR REFUND                                       .00
                         ---------------    ---------------
TOTALS                    8,775.00              8,775.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|                     |                                      |
|---------------------|--------------------------------------|
| Dated: 02/25/09     | /s/ Tom Vaughn                       |
|                     | _____     |
|                     | TOM VAUGHN                           |
|                     | CHAPTER 13 TRUSTEE                   |